UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 05-CR-20431-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JORGE GARCIA,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THIS MATTER was referred to Magistrate Judge Barry L. Garber on May 2, 2011. A Report and Recommendation filed on May 4, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is,

ORDERED AND ADJUDGED that the Report and Recommendation of U.S. Magistrate Judge, Barry L. Garber is Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this 16TH day of May, 2011.

                                                PAUL C. HUCK
                                              U.S. DISTRICT COURT JUDGE

5-16-11

cc: All counsel of record